IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **JENNIFER P. WOODS,** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO.: 2:12-00727-KD-C |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated March 20, 2013 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that the Defendant's Unopposed Motion (Doc. 14) is **GRANTED** and the decision of the Commissioner of Social Security denying Plaintiff benefits is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g), Melkonyan v. Sullivan, 501 U.S. 89 (1991), for further proceedings not inconsistent with this decision.

The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the *Equal Access to Justice Act*, 28 U.S.C. § 2412, Shalala v. Schaefer, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** and **ORDERED** this the **5**$^{th}$ day of **April 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**