IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER P. WOODS, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>    Defendant. ) | CIVIL ACTION NO. 12-00727-KD-C |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 22) made under 28 U.S.C. § 636(b)(l)(B) and dated May 16, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's Application for Attorney Fees (Doc. 19) is **GRANTED** such that Plaintiff is awarded **$734.68** in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **3**rd day of **June 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**