IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER P. WOODS,  )  |   |
|     Plaintiff,  )  |   |
| )  |   |
| v.  )  | CIVIL ACTION NO. 12-00727-KD-C |
| )  |   |
| CAROLYN W. COLVIN,  )  |   |
| Acting Commissioner of Social Security,  )  |   |
|     Defendant.  )  |   |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 22) made under 28 U.S.C. § 636(b)(l)(B) and dated May 16, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Plaintiff's Application for Attorney Fees (Doc. 19) is **GRANTED** such that Plaintiff is awarded **$734.68** in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Judgment in accordance with this Order shall issue by separate document.

**DONE** and **ORDERED** this the **3**rd day of **June 2013**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**